# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>        Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA,<br><br>        Respondent. | 1:07-CV-00395 LJO DLB HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **March 28, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
23ehd0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE