# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, ) | 1:07-CV-00395 LJO DLB HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| UNITED STATES DISTRICT COURT ) FOR THE EASTERN DISTRICT OF ) CALIFORNIA, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **March 28, 2007**              /s/ **Dennis L. Beck**
23ehd0                                  UNITED STATES MAGISTRATE JUDGE