1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,                    )        1:07-cv-0395 LJO DLB (HC)
                                        )
       Petitioner,                      )
                                        )        ORDER GRANTING EXTENSION OF
       v.                               )        TIME TO FILE OBJECTIONS
                                        )        (DOCUMENT #7)
US DISTRICT COURT, EASTERN              )
DISTRICT OF CALIFORNIA,                 )
                                        )
       Respondent.                      )
_____ )

       Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

§ 2254. On May 14, 2007, Petitioner filed a motion to extend time to file Objections to the Findings and

Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING

THEREFOR, IT IS HEREBY ORDERED that:

       Petitioner is granted thirty days from the date of service of this order in which to file Objections

to the Findings and Recommendations.


       IT IS SO ORDERED.

       Dated:    **June 13, 2007**              _____**/s/ Dennis L. Beck**_____
                                                UNITED STATES MAGISTRATE JUDGE