UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARRISON S. JOHNSON, | ) | 1:07-cv-00395-LJO-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION FOR** |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, | ) ) ) | **WRIT OF HABEAS CORPUS** |
| | ) | **ORDER DIRECTING CLERK TO ENTER** |
| | ) | **JUDGMENT** |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 10, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED as successive.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On May 14, 2007, Petitioner filed a motion to extend time.  On June 13, 2007, the court granted Petitioner an additional thirty (30) days within which to respond.  On July 3, 2007, Petitioner filed objections to the Findings and Recommendation.

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed April 10, 2007, are ADOPTED IN FULL;

   2.   The Petition for Writ of Habeas Corpus is DISMISSED as successive; and,

   3.   The Clerk of Court enter judgment for Respondent and to close this action.

IT IS SO ORDERED.

**Dated:   August 16, 2007**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE